E-filed on   **July 5, 2011**

**KEVIN A DARBY**
_____
Name

**7670**
_____
Bar Code #

**4777 Caughlin Parkway**
**Reno, NV 89519**
_____
Address

**775.322.1237**
_____
Phone Number

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEVADA

In re:   **MARGARET A. RIES**

Case #   **11-51536**
_____

Chapter   **13**
_____

Trustee   _____

_____
Debtor(s)

## AMENDMENT COVER SHEET

### Amendment(s) to the following are transmitted herewith. Check all that apply.

( )   Petition (must be signed by debtor *and* attorney for debtor per Fed. R. Bankr. P. 9011)

( )   Summary of Schedules

( )   Schedule A - Real Property

( )   Schedule B - Personal Property

( )   Schedule C - Property Claimed as Exempt

(X)   Schedule D, E, or F, and/or Matrix, and/or List of Creditors or Equity Holders

    ( )   Add/delete creditor(s), change amount or classification of debt - **$26.00 fee required**

    (X)   Add/change address of already listed creditor, add name/address of attorney for already listed creditor, amend petition, attach new petition on converted case, supply missing document(s) - **no fee**

\* Must provide diskette and comply with Local Rule 1007 if add/delete creditor or add/change address of already listed creditor

( )   Schedule G - Schedule of Executory Contracts & Unexpired Leases

( )   Schedule H - Codebtors

( )   Schedule I - Current Income of Individual Debtor(s)

( )   Schedule J - Current Expenditures of Individual Debtor(s)

( )   Statement of Financial Affairs

### Declaration of Debtor

### I (We) declare under penalty of perjury that the information set forth in the amendment(s) attached hereto is (are) true and correct to the best of my (our) information and belief.

**/s/ MARGARET A. RIES**
_____
**MARGARET A. RIES**
**Debtor's Signature**
**Date:**   **July 5, 2011**
_____

(Revised 4/19/04)

**B6D (Official Form 6D) (12/07)**

In re    **MARGARET A. RIES**                                                              Case No.    **11-51536**
                                                                                    ,
                                          Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS - AMENDED

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐    Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | | |
| Account No. **xxxxxxxx2615** | | | | Opened  1/01/05  Last Active  3/31/11 | | | | | |
| **Chase** Po Box 1093 Northridge, CA 91328 | | | - | FIRST MORTGAGE Location: 1401 WESLEY DRIVE, Reno NV 89503 | | | | | |
| | | | | Value $                115,000.00 | | | | 46,238.00 | 0.00 |
| Account No. **xxxxxxxx4065** | | | | Opened 12/01/05 Last Active  2/11/11 | | | | | |
| **Chase** Po Box 1093 Northridge, CA 91328 | | | - | 15140 SYLVESTER ROAD | | | | | |
| | | | | Value $                Unknown | | | | 227,082.00 | Unknown |
| Account No. **xxxxxxxxx6403** | | | | Opened  8/01/07  Last Active  4/30/11 | | | | | |
| **Navy Fcu** Attention:  Bankruptcy Po Box 3000 Merrifield, VA 22119 | | | - | 2006 NISSAN PATHFINDER | | | | | |
| | | | | Value $                16,730.00 | | | | 9,588.00 | 0.00 |
| Account No. | | | | | | | | | |
| | | | | Value $ | | | | | |

**0** continuation sheets attached

|  | Subtotal (Total of this page) | 282,908.00 | 0.00 |
|---|---|---|---|
|  | Total (Report on Summary of Schedules) | 282,908.00 | 0.00 |