**Entered on Docket
August 22, 2011**

_____
**Hon. Bruce T. Beesley
United States Bankruptcy Judge**

LAW OFFICES OF AMY N. TIRRE,
A Professional Corporation
AMY N. TIRRE, ESQ.  #6523
3715 Lakeside Drive, Suite A
Reno, NV 89509
(775) 828-0909 Telephone
(775) 828-0914 Facsimile
E-mail:  amy@amytirrelaw.com

E-Filed:   August 15, 2011

Counsel for Joseph Pollock

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re<br><br>MARGARET A. RIES,<br><br>Debtor. | Case No. BK-N-11-51536-BTB<br><br>Chapter 13<br><br>**ORDER GRANTING MOTION FOR RELIEF FROM THE AUTOMATIC STAY AND DENYING MOTION TO ABSTAIN**<br><br>Hearing Date:   July 19, 2011<br>Hearing Time:  10:00 a.m.<br>Est. Hearing:   15 minutes |

Joseph Pollock ("Mr. Pollock"), by and through counsel, Law Offices of Amy N. Tirre, A Professional Corporation, having filed a Motion for Relief from the Automatic Stay, or, in the Alternative to Abstain on June 21, 2011 as Docket No. 26 ("Motion"); the Motion and hearing having been properly noticed; Debtor Margaret A. Ries ("Debtor"), appearing through counsel, Kevin A. Darby, Esq.; Pollock, being present in the courtroom and appearing through his counsel, Amy N. Tirre, Esq., and the Court having considered the pleadings and papers on file herein and the arguments of counsel and having stated its findings of fact and conclusions of law

-1-

1  granted relief from the automatic stay in order to seek any and all remedies not
2  inconsistent with the Bankruptcy Code for violation of the Findings of Fact,
3  Conclusions of Law and Decree of Divorce, entered on December 30, 2009 ("Decree")
4  from the Second Judicial District Court.

5     2. The Motion to Abstain is DENIED.

7  Submitted by:

8  LAW OFFICES OF AMY N. TIRRE,
9  A Professional Corporation

10 By: /s/ Amy N. Tirre
11     AMY N. TIRRE, ESQ.

12 Counsel for City National Bank, N.A.

14 APPROVED/DISAPPROVED:

15 DARBY LAW PRACTICE

18 By: /s/ Kevin A. Darby
       KEVIN A. DARBY, ESQ.

19 Counsel for Debtor Margaret A. Ries
LAW OFFICES OF AMY N. TIRRE
3715 Lakeside Drive, Suite A
Reno, NV 89509
(775) 828-0909 Telephone
(775) 828-0914 Facsimile
E-mail: amy@amytirrelaw.com
-2-

**ALTERNATIVE METHOD RE: RULE 9021**:

In accordance with Local Rule 9021, counsel submitting this document certifies as follows:

☐     The Court has waived the requirement of approval under LR 9021.

■     This is a chapter 7 or 13 case, and either with the motion or at the hearing, I have delivered a copy of this proposed order to all counsel who appeared at the hearing, any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below [list each party and whether the party has approved, disapproved or failed to respond to the documents]:

- KEVIN A. DARBY, ESQ. and TRICIA M. DARBY, ESQ.- DISAPPROVED

☐     This is a chapter 9, 11 or 15 case, and either with the motion or at the hearing, I have delivered a copy of this proposed order to all counsel who appeared at the hearing, any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below [list each party and whether the party has approved, disapproved or failed to respond to the documents]:

☐     I certify that I have served a copy of this order with the motion, and no parties appeared or filed written objections.

###